MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

Date: 9/7/04

Docket Number: 03-28-pr
Short Title: Smith v. Armstrong
DC Docket Number: 01-cv-1970
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Janet Arterton

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square in the City of New York, on the 7th day of September two thousand four.

LAWRENCE R. SMITH,

    Plaintiff-Appellant,

v.

John J. Armstrong,

    Defendant-Appellee.

Docket No. 03-28-pr

JOHN J. ARMSTRONG; PETER MATOS, Deputy Commissioner; DENNIS C. COYLE, Director of Security & Deputy Commissioner; VINCENT SANTOPIETRO, Director of Security; JAMES E. HUCKABEY, Director of Central Intelligence & Complex Warden; HECTOR L. RODRIGUEZ, Warden, Complex Warden; PAM RICHARDS, Complex Warden; MARK STRANGE, Warden; GIOVANNY GOMEZ, Warden; THERESA C. LANTZ, Warden; LARRY J. MYERS, Warden; R. MATOS, Warden; JOHN LAHDA, Major; WAYNE SPARKS, Major; THOMAS COATES, Major; CHRISTINE WHIDDEN, Major; MICHAEL LAJOIE, Major; BOLAWA, Captain; EDWIN MEYERS, Captain; JOHN MARSELLA, Captain; R. SCHOLZ, Captain; NEFTALI RODRIGUEZ, Captain & Safety Threat Security Risk Group Coordinator; KIM WIER, Captain; VINTON, Captain; MICHAEL ZACHAREWICZ, Captain; EMANUEL, Lieutenant; SCOTT VANODENHOVE, Lieutenant; PEARL KELLY, Lieutenant; QUAVEZ, Lieutenant; . BATES, Lieutenant; COWSER, Lieutenant; TROTMAN, Lt; THOMPSON, Lieutenant; ROCHEFORT, Lieutenant; JAMES FINEGAN, Lieutenant; KNAPP, Lieutenant; LLOYD, Lieutenant; JOSEPH CASEY, Lieutenant; MICHELE PRATT, Counselor; EDWARD ZELECK, Counselor; SHARON BROWN, Counselor; KARL LEWIS, Counselor Supervisor; MICHAEL RIEVE, Counselor Supervisor; M.J. GALVIN, Counselor; DANIELLE CARIGAN; STACY MARMORA, Counselor, ALDI Couselor & Correction Treatment Officer; JOHN PERKINS, CTO; JENNIFER MILL; A. SAM; MONIQUE MAJOR, CTO

& Counselor; BAILEY, CTO; DAVID PINA, Correctional Officer; OUELLET; . TRAVAGLIN, Correctional Officer; . SAUCIER, Correctional Officer; . REILLY, Correctional Officer; PLOURD, Correctional Officer; . CURRY, C/O; . CALLAZO, C/O; MCCARFREY, C/O; . MEYERS, C/O; . HOWE, C/O; . FAULK, C/O; . JASENEC, C/O; H. HARRISON, C/O; PEPPI, C/O; . MARQUIS, C/O; HARRY PRAY, C/O; MARK . WILLIAMS, C/O; PAFUMI, C/O; PATRICIA WOLLENHOUPT, Nurse; . COUTURE, C/O; SANDI TANGUAY, Nurse; JANE DOE, #1; . SAVOIE, Nurse; EDWARD BLANCHETTE, MD; EDWARD L. PESANTI; EDWARD L. PESANTI, MD; . CLARK, Nurse; ROBERTA LEDDY, Nurse; SONYA, Nurse; JANE DOE, #2; LARRY MYERS, Warden; RICHARD CARTHON, Claims Liaison Officer; L. MURPHY, Mail Handler; MACK ELDER, Religious Coordinator; DONALD . JONES, Religious Coordinator; J. . BRUON, Dir of Religious Svcs; R. SMITH, C/O; . SMITH, C/O; . ALDI, Counselor, I/O.

        Defendant-Appellee.

    A scheduling order in accordance with the Civil Appeals Management Plan of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

    Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is dismissed.

                                              Very truly yours,

                                              Roseann B. MacKechnie, Clerk

                                              By: _____

                                              Yolanda Siders
                                              Deputy Clerk



A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK